# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

UNITED STATES OF AMERICA )
)
)

Plaintiff(s)

vs. *by Zoom* )  3:20-cr-7
ALEXIS BROLIN  *by ecf* )
)
)

Defendant(s)

**HEARING ON**  Arraignment and Detention Hearing 6/17/2020 at 10:30 a.m.

Before Judge  Keith A. Pesto

Maureen Sheehan-Balchon, AUSA         *by Zoom* Christopher Brown, Esq.

Appear for Plaintiff                                          Appear for Defendant

Hearing began  4pm                              Hearing adjourned to
                                                            Stenographer
Hearing concluded C.A.V.  4:15pm          Shirley Hall

hearing continued from 10:30, atty in court of Pittsburgh MJ rescheduled to 4pm

arraignment - see form

no request for detention hearing at this time - waived until counsel has a proposed release plan