IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )  Cr. No. *3-20-cr-7*
vs. ) Judge *Gibson*
*Alexis Brolin* )
) Magistrate Judge Keith A. Pesto

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: *Christopher Brown*
Government: *Maureen Sheehan Balchon*, AUSA

1. Date of Arraignment: *6/17/2020*
2. Defendant is: __X__ incarcerated.
   _____ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within forty-five (45) days.
5. A Rule 16 conference: _____ has been held.
   __X__ has not been held.
6. Discovery is _____ completed __X__ not completed.
7. Defendant has requested to be tried by: __X__ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   __X__ has not been scheduled for trial.
   _____ has not been scheduled for trial, but will be notified.
9. Estimated trial length: *TBD*.
10. Defendant: __X__ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

Keith A. Pesto
United States Magistrate Judge