IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Criminal No.   20-7J
)
ALEXIS BROLIN, JR., )
   a/k/a Lex

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

AND NOW this **26th** day of **June**, **2020**, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:   Christopher B. Brown

                         PA Attorney ID # 85117

_____
Keith A. Pesto
United States Magistrate Judge