UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:20-07 |
| | ) | |
| v. | ) | WAIVER OF APPEARANCE FOR |
| | ) | ARRAIGNMENT (RULE 10(b), |
| John McKinney | ) | Fed. R. Crim. P.) |
| | ) | |
| Defendant. | ) | |

I, John McKinney, charged in an (indictment)(information) pending in the Western District of Pennsylvania, in violation of Title  21  U.S.C.  846 , do hereby waive (give up) my right to appear at an arraignment.

I acknowledge that I have received a copy of the (indictment)(information) and have agreed to enter a plea of not guilty.

I further acknowledge that all pretrial motions must be filed within ten (45) days of the date of this waiver.

DATE  6-30-20

s/ John McKinney
Defendant

s/ Steven C. Townsend
Counsel for Defendant