IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-07J |
| | ) | |
| ALEXIS BROLIN, JR. | ) | |

### ORDER OF COURT

AND NOW, to-wit, this 3rd day of November, 2020, upon consideration of the foregoing Motion to Extend Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted;

IT IS FURTHER ORDERED that the extension of time caused by this continuance (November 2, 2020 through February 2, 2021) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before February 2, 2021.

_____
Kim R. Gibson
United States District Judge