IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        v.                                            Criminal No. 3:20-cr-07

ALEXIS BROLIN, JR.,
    a/k/a Lex

## THIRD SUPPLEMENTAL RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following supplemental materials have been uploaded and disclosed through USAfx:

- Arrest Reports
  - Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Report of Investigation, Report No. 37, dated 6/9/2020, Redacted
  - Drug Enforcement Administration (DEA) Report of Investigation, dated 6/10/2020, Redacted

- ATF ROIs and Reports
  - ATF E-Trace Reports – A. Brolin
  - ATF E-Trace Reports – B. Gidney
  - ATF Interstate Nexus Report – J. Bisbee Guns
  - ATF Interstate Nexus Report – A. Brolin Ammunition
  - ATF Interstate Nexus Report – A. Brolin Guns
  - ATF Report – Evidence Seized – B. Gidney, Redacted
  - ATF Report – Gidney Arrest + Search Warrant, Redacted
  - ATF Report – Search Warrant Brolin Residence

- DEA 7s – J. Bisbee Trash Pulls
  - DEA Reports of Drug Property Collected, Purchased or Seized (7 reports)

- DEA 7s and Crime Labs – Brolin, et al.
  - Evidence Photos of Exhibits 1 – 10
  - Exhibits 1 – 3 (4 reports)
  - Exhibits 4 – 6 (4 reports)
  - Exhibits 44 – 45 (1 report)
  - Exhibits 46 – 48 (1 report)
  - Exhibits 49 – 51 (1 report)
  - Exhibits 53 – 55 (2 reports)
  - Exhibits 64 – 65 (1 report)
  - Exhibit 66 (1 report)
  - Exhibit 67 (1 report)
  - Exhibit 68 (1 report)
  - Exhibit 69 (1 report)
  - Exhibits 70 – 72 (3 reports)

- J. Cyphert Lab Report
  - Pennsylvania State Police (PSP), Bureau of Forensic Services, Lab Report No. E20-00895-1, dated 6/9/2020

- Ping Data – TT 9 – J. Bisbee
  - Spreadsheet containing Ping Report for TT 9

- PSP Reports
    - PSP General Investigation Report, Jail Call Review, dated 6/2020
    - PSP General Investigation Report, Tipster Reports, dated 3/2020 – 4/2020, Redacted

- Search Warrants – Arrests – Surveillance Photos
    - Arrest Warrant Photos – 6/9/2020 – M. Williams (11 photos)
    - Pole Camera Photos – Brolin Residence (73 photos)
    - Surveillance Photos – 2/12/2020 – K. Bell (12 photos)
    - Search Warrant Photos – 6/9/2020 – Gower Residence (73 photos)
    - Search Warrant Photos – 4/4/2020 – Brolin Residence (266 photos)
    - Search Warrant Photos – 6/9/2020 – Brolin Residence (42 photos)
    - Search warrant Photos – 6/9/2020 – Gidney Residence (201 photos)
        - DEA 7 Seized Evidence Report
    - Search Warrant Photos – 6/9/2020 – J. Nyman Residence (24 photos)
    - Search Warrant Photos – 3/15/2020 – Rauch + Luzier (16 photos)

- Transcripts – Intercepts UC and A. Brolin
    - Text Messages – UC and Brolin, dated 8/7 – 8/28, 2019
    - UC and Brolin, dated 8/6/2019
    - UC and Brolin, dated 8/7/2020
    - UC and Brolin, dated 8/8/2019 (1)
    - UC and Brolin, dated 8/8/2019 (2)
    - UC and Brolin, dated 8/22/2019
    - UC and Brolin, dated 7/26/2019 (1)
    - UC and Brolin, dated 7/26/2019 (2)
    - UC and CI, dated 8/6/2019

- Walmart – Subpoenas and Results
    - Walmart Subpoena and Results
    - Walmart Transaction and Photos, dated 4/4/2020

- Pen Register and Trap and Trace Devices (PRTDD) regarding telephone number (814) 882-1701 – Application, Order and Service Order

- Z. Quigley Seizure, dated 2/3/2020, Redacted

- A. Brolin (*Disclosed to Defendant only*)
    - Interview Video Clip, dated 6/9/2020
    - Homicide Investigation Action Report, Redacted

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Maureen Sheehan-Balchon*
Assistant U.S. Attorney

November 24, 2020
Date

Receipt acknowledged by:

/s/ Christopher B. Brown
Counsel for Defendant

12/01/2020
Date