IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| ROBERT MORGRET, JR. | ) | CRIMINAL NO. 20-7 JOHNSTOWN |

### FEDERAL RULE OF CRIMINAL PROCEDURE 32 (e) WARIVER

I, ROBERT MORGRET, JR., after having been fully apprised advised of my rights pursuant to Federal Rule of Criminal Procedure 32 (e), the text of which is set forth below, consent to the submittal and disclosure of a limited presentence investigation report by the United States Probation Office. This report shall be for the limited purpose of obtaining a criminal history calculation under the provisions of the United States Sentencing Guidelines.

I consent to the review of my presentence investigation report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere. I further acknowledge the report will be made available for review to the parties in this case, including the prosecution.

Federal Rule of Criminal Procedure 32 (e)(1) provides that: "[u]nless the defendant has consented in writing, the probation office must not submit a presentence report to the court or disclose its contents to anyone until the defendant has pleaded guilty or nolo contendere or has been found guilty.

_____   Date: 1-26-21
ROBERT MORGRET, JR.

_____   Date: 2-4-21
NEIL ROTHSCHILD, ATTORNEY FOR DEFENDANT