IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA

v.   Criminal No. 3:20-cr-07

ALEXIS BROLIN

<u>FOURTH SUPPLEMENTAL RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL</u>

The following supplemental materials have been uploaded and disclosed through USAfx:

- Clearfield County Jail Records - Williams, McChesney
    - Clearfield County Jail Video
    - Clearfield County Bail Receipt

- Controlled Buy Reports and Transcripts - Redacted
    - Dec. 17-18 2019 - Wallace and Hackett Buy – Transcripts (8)
    - Jan. 29, 2020 – Coker and Luzier Controlled Buy - PSP Report
    - Dec. 18, 2019 - Wallace, Hackett, Perry Transaction – DEA-6
    - Sept. 24, 2019 - Wallace Buy - Transcript
    - Jan. 29, 2020 - Coker and Luzier – Buy - Transcript
    - Jan. 29, 2020 - Coker and Luzier – Buy - Transcript 2
    - Dec. 18, 2019 - Hackett and Wallace - Controlled Buy - PSP Report
    - Sept. 24,2019 – Wallace - Controlled Buy - PSP Report
    - Oct. 3, 2019 – Wallace - Controlled Buy - Transcript
    - Oct. 3, 2019 – Wallace - Controlled Buy - PSP Report

- Consent Search Photos - 430 18th Street, Clearfield - Lawhead
    - IMG_0168
    - IMG_0169

- DEA 7s and Crime Labs
    - Ex. 10 Lab and DEA-7
    - Quigley Seizure and Lab
    - Ex. 7-9 Labs and DEA-7
    - Ex. 5 Lab
    - Ex. 70-72 - DEA-7
    - Ex.64-65 - DEA-7
    - Ex. 82 - DEA-7
    - Ex.82 - Lab

- Search Warrants-Cell Phones
    - SW 3:21-03 MJ-Brolins
    - SW 3:21-04 through 07 MJ-D. Gower
    - SW 3:21-08 through 11 MJ -J. Nyman
    - SW 3:21-12 MJ-D. Rauch
    - SW 3:21-13 MJ-Swanson

- SW Photos- 305 Cherry Street, Erie, PA

- Laptop Tampering Investigation
    - CJA-068 Evidence
    - CJA-073 Evidence
    - CJA-075 Evidence
    - CJA-108 Evidence
    - CJA-111 Evidence
    - Discovery Investigation Summary

- GPS Tracker Data - Josh Quigley
- GPS Tracker Data – Brolin - Dec. 26, 2019 - Mar. 22, 2020
- GPS Tracker Data - Wallace and Hackett - Dec. 17-18, 2019
- GPS Tracker Data - N. Gaines

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Maureen Sheehan-Balchon*
Assistant U.S. Attorney

February 25, 2021
Date

Receipt acknowledged by:

[signature]
Counsel for Defendant

03/04/2021
Date