IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 3:20-cr-07

ALEXIS BROLIN, JR., a/k/a Lex

## FIFTH SUPPLEMENTAL RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following supplemental materials have been uploaded and disclosed through USAfx:

- DEA 7 Reports
  - Exhibit 19, Seizure dated 3/10/2020 (2 pages)
  - Exhibit 33, Seizure dated 4/15/2020 (2 pages)
  - Exhibit 34, Seizure dated 4/15/2020 (2 pages)
  - Exhibit 66, Seizure dated 4/30/2020 (3 pages)
  - Exhibit 67, Seizure dated 4/30/2020 (3 pages)
  - Exhibits 70 - 72, Seizure dated 4/30/2020 (2 pages)
  - Exhibit 82 - 84, Seizure dated 4/30/2020 (2 pages)

- DEA Crime Lab Reports
  - Exhibit 7, Seizure dated 9/6/2019 (1 page)
  - Exhibit 8, Seizure dated 9/6/2019 (1 page)
  - Exhibit 9, Seizure dated 9/6/2019 (1 page)
  - Exhibit 10, Seizure dated 9/6/2019 (1 page)
  - Exhibit 11, Seizure dated 1/15/2020 (1 page)
  - Exhibit 12, Seizure dated 1/15/2020 (1 page)
  - Exhibit 16, Seizure dated 1/15/2020 (1 page)
  - Exhibit 18, Seizure dated 4/23/2020 (1 page)
  - Exhibit 20, Seizure dated 4/23/2020 (1 page)
  - Exhibit 21, Seizure dated 4/23/2020 (1 page)
  - Exhibit 26, Seizure dated 4/23/2020 (1 page)
  - Exhibit 27, Seizure dated 4/23/2020 (1 page)
  - Exhibit 30, Seizure dated 4/23/2020 (1 page)
  - Exhibit 31, Seizure dated 4/23/2020 (1 page)
  - Exhibit 32, dated 4/23/2020 (1 page)
  - Exhibit 33, Seizure dated 4/23/2020, Stamper Case (1 page)
  - Exhibit 33, Seizure dated 4/23/2020 (1 page)
  - Exhibit 34, Seizure dated 4/23/2020 (1 page)
  - Exhibit 36, Seizure dated 4/23/2020 (1 page)
  - Exhibit 37, Seizure dated 4/23/2020 (1 page)
  - Exhibit 38, Seizure dated 4/23/2020 (1 page)
  - Exhibit 39, Seizure dated 4/23/2020 (1 page)
  - Exhibit 42, Seizure dated 4/23/2020 (1 page)
  - Exhibit 43, Seizure dated 4/23/2020 (1 page)
  - Exhibit 74, Seizure dated 6/11/2020 (1 page)
  - Exhibit 76, Seizure dated 6/19/2020 (1 page)
  - Exhibit 77, Seizure dated 6/19/2020 (1 page)
  - Exhibit 78, Seizure dated 6/19/2020 (1 page)

- Exhibit 83.01 – 83.04, Seizure dated 6/19/2020 (2 pages)
  - Exhibit 84, Seizure dated 6/19/2020 (1 page)
  - Exhibit 88, Seizure dated 7/23/2020 (1 page)
  - Exhibit 89, Seizure dated 7/23/2020 (1 page)
  - Exhibit 90, Seizure dated 7/23/2020 (1 page)
  - Exhibit 91, Seizure dated 7/23/2020 (1 page)
  - Exhibit 96, Seizure dated 7/23/2020 (1 page)
  - Exhibit 99, Seizure dated 7/23/2020 (1 page)
  - Exhibit 101, Seizure dated 7/23/2020 (1 page)

- Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Reports of Investigation regarding gun test functionality
  - Report No. 3, dated 7/15/2021 (1 page)
  - Report No. 7, dated 7/15/2021 (1 page)
  - Report No. 8, dated 7/15/2021 (1 page)
  - Report No. 9, dated 7/15/2021 (1 page)
  - Report No. 10, dated 7/15/2021 (1 page)

- Pennsylvania State Police (PSP) General Investigation Report Corrections
  - Surveillance Report dated 12/1/2019 (2 pages)
  - Surveillance Report dated 1/7/2020 (2 pages)
  - Surveillance Report dated 1/8/2020 (2 pages)
  - Surveillance Report dated 1/13/2020 (3 pages)
  - Surveillance Report dated 1/15/2020 (1 page)

- Non-Drug Exhibit 20, seized from Alexis Brolin on 4/9/2020 (10 pages)

- Non-Drug Exhibit 23, seized from Alexis Brolin on 4/9/2020 (8 pages)

- Non-Drug Exhibit 81, seized from Alexis Brolin on 4/4/2020 (25 pages)

- PSP Cell Phone Extraction Report (10 pages)

- Disclosed to Defendant Only
  - Cell Phone Data Extraction, Alexis Brolin and Tammie Brolin

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Maureen Sheehan-Balchon*
Assistant U.S. Attorney

March 15, 2022
Date

Receipt acknowledged by:

*/s/ Christopher B. Brown*
Counsel for Defendant

**March 15, 2022**
Date