IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 3:20-cr-07

ALEXIS BROLIN, JR.
   a/k/a Lex

SIXTH SUPPLEMENTAL RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following supplemental materials have been uploaded and disclosed through USAfx:

- Cell Phone Location Ping Data
  - Report on (814) 882-1701 (TT #9), dated 12/4/2019 - 1/1/2020
  - Report on (814) 553-2691 (TT #3), dated 3/27/2020 - 4/6/2020

- GPS Vehicle Tracker Data
  - Tracker Report regarding Alexis Brolin, dated 2/26/2020 - 3/22/2020
  - Tracker Report regarding Mark Hackett and Cassandra Wallace, dated 12/12/2019 - 12/18/2019
  - Tracker Report regarding Joshua Quigley, dated 4/27/2020 - 5/27/2020
  - Tracker Report regarding Nicole Gaines, dated 8/27/2019 - 9/9/2019

- U.S. v. Shamir Adams Indictment filed at 3:21-cr-05, dated 3/9/2021 - Alternate source of supply to Brian Gidney - June 2020

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Maureen Sheehan-Balchon*
Assistant U.S. Attorney

April 26, 2022
Date

Receipt acknowledged by:

*/s/ Christopher B. Brown*
Counsel for Defendant

*4/26/2022*
Date