**From:** keegsmcc98@gmail.com,
**To:** Shbegler@aol.com,
**Subject:** Letters to the judge
**Date:** Mon, Jan 2, 2023 5:08 pm
**Attachments:** IMG_20230102_170534312.jpg (3095K), IMG_20230102_170516380.jpg (3349K), IMG_20230102_170719780.jpg (3480K)

3 Attached Images





