

12-91-22

To whom it may concern,

I've known Keegan McChesney for about a year. I've watched him grow and learn in the New Life Program and Recovery in general.

I had him mowing and doing odd jobs over the summer and have found him to be one of the most trusted of the young men in early recovery affiliated with the Erie City Mission Made New Life Program.

Keegan came here facing a lot of adversity with his criminal charges and in spite of that he excelled in the program. I've seen many men facing charges go back to doing drugs and basically giving up. But not Keegan. He used that adversity to excell and succeed in working the 12 steps and eventually graduating the new life Program.

I fully trust this kid and I'm so proud of him. He came here to do a job. To grow and change into a better man. I believe that he has accomplished this task.

Sincerely,
Shanon Rodkey
814-722-7281
memorykeeper1974@gmail.com
contact me for any questions.