|  |  |
|---:|:---|
| **From:** | keegsmcc98@gmail.com, |
| **To:** | Shbegler@aol.com, |
| **Subject:** | All of my certification from rehab and halfway house |
| **Date:** | Tue, Jan 3, 2023 5:18 pm |
| **Attachments:** | IMG_20230103_17142751 (3303K), IMG_20230103_17135555 (2658K), IMG_20230103_17133168 (3266K), IMG_20230103_17141070 (3473K), IMG_20230103_17132297 (2996K), IMG_20230103_17140594 (3041K), IMG_20230103_17134216 (3314K), IMG_20230103_17133818 (3306K) |

8 Attached Images















