# Fwd: Keegan

From:    Megan Morgan (meganmorgan165@gmail.cc

To:    shbegler@aol.com

Date:    Thursday, January 5, 2023 at 11:02 AM EST

---------- Forwarded message ---------
From: **Megan Morgan** <meganmorgan165@gmail.com>
Date: Thu, Jan 5, 2023 at 10:33 AM

Subject: Keegan
To: <shbegler@ail.com>

 Keegan.pdf
1.1MB