12/19/22

To Whom It May Concern,

My name is Brian DiPlacido. I have been a member in good standing of Alcoholics Anonymous for 14.5 years.

I have known Keegan McChesney for 16 months. He has worked for me at my home and in my business, demonstrating a trustworthy character. My partner and I trust him with keys to the store, and he routinely works alone in a largely cash business.

Having sponsored many men through the years, I am aware that we can never really know how serious someone is about recovery until all their legal troubles are over. I've been fooled more than a few times.

If Keegan continues to work an active 12-step recovery program, he will do fine and continue to contribute to the Erie community. A sentence that minimizes active incarceration and maximizes probation would perhaps be appropriate.

Thank you for your time in reviewing this letter.

Brian DiPlacido
814-923-6873
btadiplacido@gmail.com

12-21-22

To whom it may concern,

I've known Keegan McChesney for about a year. I've watched him grow and learn in the NewLife Program and Recovery in general.

I had him mowing and doing odd jobs over the summer and have found him to be one of the most trusted of the young men in early recovery affiliated with the Erie City Mission's Men's NewLife Program.

Keegan came here facing a lot of adversity with his criminal charges and in spite of that he excelled in the program. I've seen many men facing charges go back to doing drugs and basically giving up. But not Keegan. He used that adversity to excell and succeed in working the 12 steps and eventually graduating the new life Program.

I fully trust this kid and I'm so proud of him. He came here to do a job. To grow and change into a better man. I believe that he has accomplished this task.

Sincerely,
Shawn Rodkey
814-722-9281
memorykeeper1974@gmail.com
contact me for any questions.



December 19, 2022

To Whom It May Concern,

Keegan McChesney was accepted into the New Life Program on January 24th, 2022. The New Life Program is a nine month program designed to aide men in recovery as they make the necessary changes in their lives to transition back to their families and communities. While in our program they breathalyzed every night and are subject to random drug testing. Keegan passed all testing.

While in the New Life program Keegan participated in individual counseling, financial rebuilding, job preparation and groups designed to develop healthy life skills and promote recovery. He was asked to address his behaviors and thinking errors. In Keegan's case we spent time addressing the idea that he has emotional reactions that often lead to poor choices in behavior. We also addressed how he rationalized those choices and who he hurts with those choices. Most of our time was spent on addressing and building a strong foundation of recovery.

Currently Keegan's foundation of recovery includes AA/NA Meetings, working with sponsor, Step work, H and I work at local hospitals/rehabs, employment, drug free recreation and serving at his church. He has been drug and alcohol free 2.5 years and has built a new life in Erie.

If the court chose to allow Federal probation Keegan and could continue working with the staff of the Erie City Mission. He could follow-up with Stairways.

In closing, I believe at this time Keegan is a productive member of society and has made changes that will allow him to grow and succeed.

If I can be of further assistance, please contact me at (814)823-5079

Sincerely,

*Mary Gollmer CADC*

Mary Gollmer, CADC

Erie City Mission
1017 French St.
Erie, Pa. 16501
Office (814) 452-4421 ext. 241
Fax (814) 456-9527
mary.gollmer@eriecitymission.org